UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **MBUYI MUKENDI AXEL** **#A201697124** | **CIVIL ACTION NO. 6:20-CV-01221** |
| **VERSUS** | **JUDGE JUNEAU** |
| **CHAD WOLF** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

**THIS MATTER** was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation, Rec. Doc. 15. After an independent review of the record, and noting the absence of any objection, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner's Petition for a Writ of Habeas Corpus, Rec. Doc. 1, is **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 23rd day of March, 2021.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE